**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

NCHI GERALD WULNIGHIWIMBOM

VERSUS

CHIEF COUNSEL U S D H S - I C E,
ET AL.

CIVIL ACTION NO. 25-2126

JUDGE S. MAURICE HICKS, JR.

MAGISTRATE JUDGE WHITEHURST

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **GRANTED**. Respondents must release Petitioner as soon as reasonably possible and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**IT IS FURTHER ORDERED** that the Motion to Expedite (Record Document 28) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 1st day of May, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE